Case 1:20-cr-00068-DLH *SEALED*   Document 57   Filed 06/04/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America )
v. )
Mia Teanna Gutierrez ) Case No. 1:20-cr-68-28
)
)
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mia Teanna Gutierrez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: 06/04/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state: Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6·4·20, and the person was arrested on *(date)* 6·5·20 at *(city and state)* Parshall, ND. |
| Date: 6·8·20 |
| *Arresting officer's signature* |
| CHAD T. COULTER, S/A |
| *Printed name and title* |