IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mia Teanna Gutierrez, | ) | Case No. 1:20-cr-068 |
| | ) | |
| Defendant. | ) | |

On December 15, 2020, the court issued an order conditionally releasing defendant to The Sanctuary, a sober living facility in Minot, North Dakota, with the caveat that, if terminated from The Sanctuary, she was to surrender to the United States Marshal and be remanded back into custody. (Doc. No. 520).

Defendant was terminated from The Sanctuary on January 23, 2021. Defendant did not report to the United States Marshal as directed. Consequently, a petition for action on defendant's condition of release was filed and a warrant for defendant's arrest was issued. (Doc. Nos. 539 and 540).

On January 28, 2021, the United States Marshal contacted the court to advise that defendant had surrendered. (Doc. No. 551). Consequently, the petition (Doc. No. 539) is **DISMISSED AS MOOT**. Defendant shall remain in custody pending further order of the court. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of

an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 1st day of February, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

.